JOSEPH E. THOMAS (State Bar No. 101443)
jthomas@twtlaw.com
WILLIAM J. KOLEGRAFF (State Bar No. 183861)
wkolegraff@twtlaw.com
CAROLYN N. KO (State Bar No. 223540)
cko@twtlaw.com
**THOMAS WHITELAW & TYLER LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
Telephone: (949) 679-6400
Facsimile: (949) 679-6405

Attorneys for Defendant MINDSPEED
TECHNOLOGIES, INC.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 1 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICROPROCESSOR ENHANCEMENT CORPORATION and MICHAEL H. BRANIGIN,<br><br>Plaintiffs,<br><br>vs.<br><br>MINDSPEED TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. CV 09-00603 SVW (Ex)<br><br>[PROPOSED] FINAL JUDGMENT |

Plaintiffs filed a complaint for patent infringement against defendant Mindspeed Technologies, Inc. ("Mindspeed") alleging infringement of U.S. Patent No. 5,471,593 ("'593 Patent"). (*See* Complaint, [Docket No. 1].) The parties stipulated that Plaintiffs only allegation of infringement of the '593 Patent is by Mindspeed's use of the ARM 11 Core Processors in the accused devices. (*See* Order Re Discovery, ¶2 [Docket No. 33].) The parties further stipulated to be bound by the Court's liability determinations regarding the ARM 11 and Cortex-A8 computer processors in the related action *Microprocessor Enhancement Corp., et al. v. Texas Instruments Inc.*, No. SA CV 08-1123-SVW (RNBx) (C.D. Cal.). (*See* Order re

88241

Discovery, at ¶ 5 [Docket No. 33].)

On July 1, 2010, the Court issued its Order granting Texas Instruments Incorporated's Motion for Summary Judgment of Noninfringement with Respect to OMAP2/ARM1136 and OMAP3/Cortex-A8 (see No. SA CV 08-1123-SVW, Docket No. 129). Based on the parties' Stipulation concerning liability, Mindspeed is entitled to a finding of noninfringement and judgment entered in its favor accordingly.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT plaintiffs Microprocessor Enhancement Corporation and Michael H. Branigin take nothing and judgment is entered in favor of defendant Mindspeed Technologies, Inc. Mindspeed shall recover its costs of suit. It is further ordered that this lawsuit is dismissed with prejudice.

Dated: 7/13/10

By: _____
Hon. Stephen V. Wilson
United States District Court Judge

PROPOSED BY:

DATED: July 6, 2010

Respectfully submitted,

THOMAS WHITELAW & TYLER LLP

By:  /s/ Joseph E. Thomas
JOSEPH E. THOMAS
WILLIAM J. KOLEGRAFF
CAROLYN N. KO
Attorneys for Defendant MINDSPEED TECHNOLOGIES, INC.